SAMUEL CASTOR, ESQ.
Nevada Bar No. 11532
LYNNEL M. REYES, ESQ.
Nevada Bar No. 14604
MICHAEL A. WHEABLE, ESQ.
Nevada Bar No. 12518
**SWITCH, LTD.**
7135 South Decatur Blvd.
Las Vegas, Nevada 89118
policy@switch.com
Telephone: (702) 444-4111
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SWITCH, LTD. a Nevada limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>NANIWA ENERGY, LLC; NANIWA TERMINAL, LLC; MORGAN STANLEY; and DOES 1 through 10; ROE ENTITIES 11 through 20, inclusive,<br><br>Defendants. | CASE NO.:   3:21-cv-00090-MMD-CLB<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO FILE RESPONSIVE PLEADINGS**<br><br>[FIRST REQUEST] |

Plaintiff SWITCH, LTD. ("Plaintiff") and Defendants NANIWA ENERGY, LLC, NANIWA TERMINAL, LLC, and MORGAN STANLEY ("Defendants") (collectively "the Parties"), by and through their respective counsel of record, hereby STIPULATE and AGREE, subject to approval of the Court, as follows:

1. Defendants filed their Motion to Dismiss [ECF No. 10] ("Motion") on February 25, 2021. A response deadline of March 11, 2021, was provided by the Court.

2. The Parties agree and request an extension of time up to and including March 18, 2021, for Plaintiff to file its responsive pleading to Defendants' Motion. The Parties further agree

1

1  and request an extension of time up to and including April 1, 2021, for Defendants to file a reply in
2  support of their Motion.
3      3.   The other deadlines in this case are not affected by this stipulation.
4      4.   This is the first stipulation for extension of time related to Defendants' Motion.
5      IT IS SO STIPULATED.
6  DATED this 9th day of March, 2021.                DATED this 9th day of March, 2021.

**SWITCH, LTD.**                                    **BALLARD SPAHR LLP**

 /s/: Michael A. Wheable                             /s/: Maria A. Gall
SAMUEL CASTOR, ESQ.                                 MARIA A. GALL, ESQ.
Nevada Bar No. 11532                                Nevada Bar No. 14200
LYNNEL M. REYES, ESQ.                               1980 Festival Plaza Drive, Suite 900
Nevada Bar No. 14604                                Las Vegas, Nevada 89135
MICHAEL A. WHEABLE, ESQ.
Nevada Bar No. 12518                                GLEN SILVERSTEIN, ESQ. *(admitted pro hac vice)*
7135 South Decatur Blvd.                            JOSHUA K. LEADER, ESQ. *(admitted pro hac vice)*
Las Vegas, Nevada 89118                             LEADER BERKON COLAO & SILVERSTEIN LLP
                                                    630 Third Avenue
*Attorneys for Plaintiff*                           New York, New York 10017
                                                    *Attorneys for Defendants*


IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

DATED: March 9, 2021