Maria A. Gall, Esq.
Nevada Bar No. 14200
BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, NV 89135
Tel: (702) 471-7000
Fax: (702) 471-7070
gallm@ballardspahr.com

Glen Silverstein, Esq.
(admitted *pro hac vice*)
Joshua K. Leader, Esq.
(admitted *pro hac vice*)
LEADER BERKON COLAO & SILVERSTEIN LLP
630 Third Avenue
New York, New York 10017
Tel: (212) 486-2400
Fax: (212) 486-3099
gsilverstein@leaderberkon.com
jleader@leaderberkon.com

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Switch, Ltd., a Nevada limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>Naniwa Energy, LLC; Naniwa Terminal, LLC; Morgan Stanley; and Does 1 through 10; Roe Entities 11 through 20, inclusive,<br><br>Defendants. | Case No.: 3:21-cv-00090-MMD-CLB<br><br>**STIPULATION AND ORDER TO WITHDRAW MOTION TO REMAND AND TO REMAND REMOVED ACTION** |

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for the respective parties, that based upon the representations of Switch, Ltd. in its Motion to Remand to State Court (ECF No. 28) as to the citizenship of its members, demonstrating that complete diversity is lacking, the above-captioned action should be remanded to the Eighth Judicial District Court of the State of Nevada, County of Clark;

1  IT IS FURTHER STIPULATED AND AGREED that Plaintiff withdraws its
2 Motion to Remand to State Court (ECF No. 28); and
3  IT IS FURTHER STIPULATED AND AGREED that each party shall bear its
4 own attorneys' fees and costs.

Dated this 31st day of March, 2021.   Dated this 31st day of March, 2021.

**SWITCH, LTD.**   **BALLARD SPAHR LLP**

By: /s/ Lynnel M. Reyes   By: /s/ Maria A. Gall
    Samuel Castor, Esq.       Maria A. Gall, Esq.
    Nevada Bar No. 11532       Nevada Bar No. 14200
    Lynnel M. Reyes, Esq.       1980 Festival Plaza Drive, Suite 900
    Nevada Bar No. 14604       Las Vegas, Nevada 89138
    Michael A. Wheable, Esq.
    Nevada Bar No. 12518       Glen Silverstein, Esq.
    7135 South Decatur Blvd.       (admitted *pro hac vice*)
    Las Vegas, Nevada 89118       Joshua K. Leader, Esq.
           (admitted *pro hac vice*)
           LEADER BERKON COLAO & SILVERSTEIN LLP
           630 Third Avenue
           New York, New York 10017

*Attorneys for Plaintiff*   *Attorneys for Defendants*


IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

DATED: March 31, 2021

## CERTIFICATE OF SERVICE

I certify that on March 31, 2021, I served the foregoing **STIPULATION AND ORDER TO WITHDRAW MOTION TO REMAND AND TO REMAND REMOVED ACTION** on the following parties by filing the same with the Court's CM/ECF system:

Samuel Castor, Esq.
Michael A. Wheable, Esq.
Lynnel Marie Reyes, Esq.
SWITCH, LTD.
7135 South Decatur Boulevard
Las Vegas, Nevada 89118

*Attorneys for Plaintiff*

/s/ Adam Crawford
An employee of Ballard Spahr LLP

BALLARD SPAHR LLP
1980 FESTIVAL PLAZA DRIVE, SUITE 900
LAS VEGAS, NEVADA 89135
(702) 471-7000 FAX (702) 471-7070

3